395-07/MEU/MAM
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
MITSIDES PUBLIC COMPANY LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   07 CIV 8015

MITSIDES PUBLIC COMPANY LIMITED,

           Plaintiff,

  - against –

SANMONTANA SHIPPING LIMITED,

           Defendant.
-----------------------------------------------------------x

**RULE 7.1 STATEMENT**

MITSIDES PUBLIC COMPANY LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       September 12, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              MITSIDES PUBLIC COMPANY LIMITED

          By: _____
                              Michael E. Unger (MU 0045)
                              Manuel A. Molina (MM 1017)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/289837.1