393-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MITSIDES PUBLIC COMPANY LIMITED
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MITSIDES PUBLIC COMPANY LIMITED,

                                        Plaintiff,

        -against-

SANMONTANA SHIPPING LIMITED,

                                        Defendants.
-------------------------------------------------------------x

07   8015
06 CIV. 13505(JSR)   (JSR)

**NOTICE OF VOLUNTARY
DISMISSAL**

        Defendant SANMONTANA SHIPPING LIMITED not having entered an appearance,

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MITSIDES PUBLIC

COMPANY LIMITED provides its notice of voluntary discontinuance without prejudice of this

action.

Dated: New York, New York
        February 4, 2008

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff
                                        MITSIDES PUBLIC COMPANY LIMITED

                        By:     _____
                                        Michael E. Unger (MU0045)
                                        80 Pine Street
                                        New York, NY 10005
                                        (212) 425-1900

"SO ORDERED"

_____
Hon. John G. Koeltl, U.S.D.J.

2/6/08

NYDOCS1/298390.1